LAKE H. SPRINKLE, Respondent, v. MARIE OLGA SPRINKLE, Appellant.—

Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ.